UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

CRIMINAL ACTION NO. 5:08-CR-040-KKC

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                                          **OPINION AND ORDER**

HARGUS EDGAR GABBARD                                                             DEFENDANT

* * * * * * * * * *

This matter is before the Court on the *pro se* request by Defendant Hargus Gabbard

("Gabbard") to modify his sentence.  The Court will construe this request as a motion to correct

or reduce sentence under Rule 35.

After pleading guilty to being a felon in possession of a firearm in violation of 18 U.S.C.

§ 922(g)(1), Gabbard was sentenced to 42 months imprisonment on December 11, 2008.  Rec.

27.  Gabbard now requests that this Court modify  his sentence to allow the remainder of his term

of imprisonment to be served under home confinement.  As grounds, Gabbard states that his

elderly mother's health is deteriorating.  Gabbard claims that his mother lives on her own and

needs his assistance while at home, getting to and from doctors appointments and taking care of

her other needs in the community.  Gabbard claims that other family members are unable to help

on a regular basis because they do not live nearby.

While the Court is sympathetic to Gabbard's concern for his mother's health and well

being, the Court has no authority under Federal Rule of Criminal Procedure 35 to correct or

reduce Gabbard's sentence.  Accordingly, it is **HEREBY ORDERED** that Gabbard's motion to

correct or modify his sentence to allow the remainder of his term of imprisonment to be served in

home incarceration is **DENIED.**

       This 8th day of April, 2010.

Signed By:

_Karen K. Caldwell_

United States District Judge